**2001–1334. In re Resignation of McGuire.**

IT IS ORDERED by this court, sua sponte, that Katherine Cecilia McGuire, Attorney Registration No. 0046751, last known business address in Dayton, Ohio, be found in contempt for failure to comply

with this court's order of December 13, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before January 14, 2002.